Eastern District of Kentucky
**FILED**

DEC 20 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

UNITED STATES OF AMERICA

V.                                                              INDICTMENT NO. 7:24-CR-025-DCR

FLOYD JENKINS,
    aka CUZ, and
FREDERICK DANIEL HOLT, JR.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in October 2024, the exact date unknown, and continuing through on or about December 12, 2024, in Johnson County, in the Eastern District of Kentucky, and elsewhere,

**FLOYD JENKINS,
aka CUZ, and
FREDERICK DANIEL HOLT, JR.**

did conspire together and with others to knowingly and intentionally distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of the conspiracy, it was agreed upon and reasonably foreseeable as to

**FLOYD JENKINS, aka CUZ**, that 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine would be distributed.

As part of the conspiracy, it was agreed upon and reasonably foreseeable as to **FREDERICK DANIEL HOLT, JR.**, that 40 grams or more of a mixture or substance containing a detectable amount of fentanyl would be distributed.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about October 2, 2024, in Johnson County, in the Eastern District of Kentucky,

**FREDERICK DANIEL HOLT, JR.**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about October 2, 2024, in Johnson County, in the Eastern District of Kentucky,

**FREDERICK DANIEL HOLT, JR.**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about December 4, 2024, in Johnson County, in the Eastern District of Kentucky,

**FLOYD JENKINS,**
**aka CUZ,**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1, 2, and 3 of the Indictment, **FREDERICK DANIEL HOLT, JR.**, shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846, and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 841 and 846. Any and all interest that **FREDERICK DANIEL HOLT, JR.**, has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3. The property to be forfeited includes, but is not limited to, the following items seized on or about October 2, 2024:

**CURRENCY:**

$3,370 in United States currency seized from Frederick Daniel Holt, Jr.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine or 40 grams or more of a mixture or substance containing a detectable amount of fentanyl:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.